UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FONTAINE BEAUCHAMP HEBB | * | |
| | * | CIVIL ACTION NO. 00-0192 |
| versus | * | |
| | * | SECTION: "S" |
| DR. ERNEST COHEN AND AMERICAN | * | |
| CONTINENTAL INSURANCE COMPANY | * | MAGISTRATE: (1) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE OF COURT TO FILE AMENDED NOTICE OF REMOVAL AND AMENDED NOTICE TO PARTIES OF REMOVAL

NOW INTO COURT, through undersigned counsel, come defendants, Dr. Ernest Cohen and American Continental Insurance Company, who, upon suggesting to the Court that the Notice of Removal and Notice to Parties of Removal filed by the defendants with this Court on January 20, 2000, incorrectly identified the case's docket number and division as 98-4036, Division "H", instead of No. 99-20106, Division "F-10", and that they wish to amend their Notice of Removal and Notice to Parties of Removal to reflect the proper docket number and division throughout both pleadings, respectfully move for leave of this Court to file the Amended Notice of Removal and Notice to Parties of Removal, copies of which are attached hereto as Exhibits "A" and "B", respectively.

WHEREFORE, defendants, Dr. Ernest Cohen and American Continental Insurance Company, respectfully pray that this Court grants them leave to file an amended Notice of Removal and Amended Notice to Parties of Removal to substitute the proper docket number and division.

DATE OF ENTRY   JAN 27 2000

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

_____
KURT S. BLANKENSHIP #3131
JEFFREY W. BENNETT #20100
3421 North Causeway Blvd., Ninth Floor
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Attorney for Dr. Ernest Cohen and American
Continental Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the U.S. Mail, postage pre-paid this 26th day of January, 2000.

_____
JEFFREY W. BENNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FONTAINE BEAUCHAMP HEBB | * | |
| | * | CIVIL ACTION NO. 00-0192 |
| versus | * | |
| | * | SECTION: "S" |
| DR. ERNEST COHEN AND AMERICAN | * | |
| CONTINENTAL INSURANCE COMPANY | * | MAGISTRATE: (1) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to file Amended Notice of Removal and Notice to Parties of Removal;

IT IS ORDERED, ADJUDGED, AND DECREED that said Motion is hereby granted and defendants, Dr. Ernest Cohen and American Continental Insurance Company, are hereby granted leave of court to file the Amended Notice of Removal and Amended Notice to Parties of Removal which are attached to the Motion for Leave to Amend the Notice of Removal and Notice to Parties of Removal as Exhibits "A" and "B", respectively.

New Orleans, Louisiana, this 26 day of January, 2000.

_____
JUDGE