UNITED STATES DISTRICT COURT
FILED

January 31, 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. White
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FONTAINE BEAUCHAMP HEBB                          CIVIL ACTION

VERSUS                                           NO. 00-0192

DR. ERNEST COHEN, ET AL.                         SECTION "S"

## PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held **BY TELEPHONE** on **March 2, 2000 at 10:45 a.m.**    for the purpose of scheduling discovery deadlines, a pre-trial conference and trial date. You must return the attached questionnaire  **5**  days before the preliminary conference.

**TRIAL COUNSEL** or a representative who if fully acquainted with all details of the case and authorized to enter into any necessary agreements must participate in the conference. Any motion to Continue must be filed one week prior to the above date.

January 31, 2000

David Stechmann  (504) 589-7690
Courtroom Deputy, Section "S"

NOTICE:
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE

COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

__FEE_____
X_PROCESS_____
X_CHARGE___DS_____
__INDEX_____
__ORDER_____
X_HEARING__DS_____
DOCUMENT NO._____

CASE NO. _____ "S"      UNITED STATES DISTRICT COURT      SUBMITTED BY:_____
                            EASTERN DISTRICT OF LOUISIANA      _____

1.    Is this a jury or non-jury trial?        Jury___  Non-jury___

2.    How many days do you estimate for trial?      _____

3.a.  Realistically, when do you think that this
      case will be ready to go to trial?            _____

  b.  Has this case previously been continued by
      the court?                                    Yes___          No___

  c.  Would all parties consent to trial before a
      magistrate in order to have the earliest
      trial date?                                   Yes___          No___

4.    Has a firm demand for settlement been
      submitted?                                    Yes___          No___
      Responded to?                                 Yes___          No___

  a.  Would all parties consent to referral to
      a magistrate for settlement conference?       Yes___          No___

  b.  Would all parties submit to arbitration
      or mediation?                                 Yes___          No___

5.    Are any further amendments to pleadings
      anticipated?                                  Yes___          No___

6.    Is discovery complete?                        Yes___          No___

7.    Have all expert reports been exchanged?       Yes___          No___

8.    Are there any pending motions?                Yes___          No___

  a.  Under submission? (list)
      _____
      _____

  b.  Awaiting hearing? (list)
      _____
      _____

  c.  Can this case be disposed of by Summary
      Judgment?                                     Yes___          No___

9.a.  Do you anticipate any special problems in
      the trial of this case?                       _____

  b.  On a scale of 1 - 10 how difficult are
      the legal issues?                             _____