

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FONTAIN BEAUCHAMP HEBB | CIVIL ACTION |
| VERSUS | NO: 00-0192 |
| ERNEST COHEN ET AL. | SECTION: "S" (1) |

**IT IS ORDERED** that the parties contact Magistrate Judge Sally Shushan within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 9th day of May, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 0 9 2000

Fee_____
Process___
X Dktd____
✓ CtRmDep__
Doc.No. 12