

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MAY 10, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FONTAINE BEAUCHAMP HEBB | CIVIL ACTION |
| versus | NUMBER 00-0192 |
| DR. ERNEST COHEN, ET AL. | SECTION "S" (1) |

A settlement conference is scheduled in the above-captioned case on Wednesday, September 6, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before September 1, 2000,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 1 1 2000

Fee _____
Process _____
X/Dktd _____ /G
CtRmDep _____
Doc.No. 74