

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**SEPTEMBER 6, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FONTAINE BEAUCHAMP HEBB** | CIVIL ACTION |
| versus | NUMBER 00-0192 |
| **DR. ERNEST COHEN, ET AL.** | SECTION "S" (1) |

       Prior to the settlement conference scheduled this date, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 0 7 2000