FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 22 PM 1:17

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

165-98160

| | | |
|---|---|---|
| FONTAINE BEAUCHAMP HEBB | * | **JURY DEMANDED** |
| | * | CIVIL ACTION NO. 00-0192 |
| versus | * | |
| | * | SECTION: "S" |
| DR. ERNEST COHEN AND AMERICAN | * | |
| CONTINENTAL INSURANCE COMPANY | * | MAGISTRATE: (1) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION OF VOLUNTARY DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Fontaine Beauchamp Hebb, who respectfully moves this Court to dismiss the captioned matter pursuant to an amicable settlement made by the parties.

Respectfully submitted:

THOMPSON & LAVENDER

_____
DEBORAH LAVENDER
First National Bank of Commerce Building
210 Baronne Street, Suite 1800
New Orleans, Louisiana 70112-1720

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 16th day of October, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
DEBORAH E. LAVENDER

DATE OF ENTRY
NOV 28 2000

___Fee___
___Process___
X Dktd
___CtRmDep___
Doc.No. 23

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FONTAINE BEAUCHAMP HEBB | * | **JURY DEMANDED** |
| | * | CIVIL ACTION NO. 00-0192 |
| versus | * | |
| | * | SECTION: "S" |
| DR. ERNEST COHEN AND AMERICAN | * | |
| CONTINENTAL INSURANCE COMPANY | * | MAGISTRATE: (1) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF VOLUNTARY DISMISSAL

Considering the Motion of Voluntary Dismissal filed herein by plaintiff pursuant to the settlement reached by the parties;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this suit be and is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 27 day of November, 2000.

JUDGE